JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No: SA CV 22-00463-DOC-(KESx)  Date: June 6, 2022

Title: Katrina Gubbels v. Ford Motor Company, et al.

PRESENT: THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Court Smart |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Larry Chae | Sabrina Celia Narain |

**PROCEEDINGS:**  SCHEDULING CONFERENCE

The case is called. The Court and counsel confer.

The Court's REMANDS this case back to Orange County Superior Court.

: 05

Initials of Deputy Clerk: kdu